UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
**UNITED STATES OF AMERICA**    )
                                )
        **vs.**                 )   **Criminal No. 21-CR-10204-GAO**
                                )
**ELIJAH DECLET, ET AL,**       )
        **DEFENDANT**           )
_____)

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

Now comes the undersigned counsel for the defendant and withdraws as his attorney. As grounds for this motion, the undersigned states that the defendant has retained private counsel.

|  |  |
|---|---|
|  | Respectfully submitted |
|  | The Defendant, by his attorney |
|  |  |
|  | /s/ Edward P. Ryan, Jr. |
| Dated: November 24 2021 | Edward P. Ryan, Jr., Esq. |
|  | O'Connor and Ryan, P.C. |
|  | 80 Erdman Way, Suite 309 |
|  | 978-534-1301 |
|  | BBO# 434960 |

## CERTIFICATE OF SERVICE

I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr.